An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

# IN THE SUPREME COURT OF THE STATE OF NEVADA

FLAVIO MORENO,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63015

**FILED**

JUL 2 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

FLAVIO MORENO,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63016

## ORDER DISMISSING APPEALS

These are proper person appeals from orders of the district court denying motions to amend the judgment of conviction. Eighth Judicial District Court, Clark County; Stefany Miley, Valorie J. Vega, Judges. We elect to consolidate these appeals for disposition. NRAP 3(b)(2).

Because no statute or court rule permits an appeal from an order denying a motion to amend a judgment of conviction, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21591

cc:    Hon. Stefany Miley, District Judge
Hon. Valorie J. Vega, District Judge
Flavio Moreno
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk